UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| MARIA A. TOWNES | : | |
| Debtor | : | Bankruptcy No. 16-16498AMC |

**CHAPTER 13 STANDING TRUSTEE'S ANSWER TO
DEBTOR'S MOTION TO MODIFY PLAN POST CONFIRMATION**

Jack K. Miller, counsel for the trustee, William C. Miller, answers the Motion to Modify Plan Post Confirmation as follows:

1. The trustee will need to review amended Schedules I and J.

2. The trustee may require testimony to support this motion.

WHEREFORE, the trustee respectfully requests that the Motion to Modify Plan Post Confirmation be denied.

Respectfully submitted,

/s/ Jack K. Miller

_____

Date: January 8, 2018

Jack K. Miller, Esquire, Staff Attorney for
William C. Miller, Esquire
Chapter 13 Standing Trustee