UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| Maria A. Townes | : | Case No.: 16-16498(AMC) |
| | : | |
| Debtor | : | Chapter 13 |

## ORDER

AND NOW, this ____ day of _____ 2020, upon consideration of the Motion to Reconsider the June 16, 2020 Order Dismissing the instant Bankruptcy matter, it is hereby;

ORDERED and DECREED that the motion is GRANTED and the Order of this Court dated June 16, 2020 Dismissing the case is vacated;

FURTHER ORDERED:

**Date: July 28, 2020**

_____
Hon. Ashely M. Chan